UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-01069-JDE | Date | October 5, 2026 |
| Title | Jeff Calkins v. Experian Info. Solutions, Inc. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order of Dismissal (JS-6)

On July 21, 2026, Plaintiff filed a Notice of Settlement advising that the parties "have reached settlement in the . . . action" and requested 60 days to "complete settlement documents and notify . . . [the] Court of dismissal." Dkt. 11 ("Notice"). On July 22, 2026, the Court ordered, in part, as follows:

> The Court will retain jurisdiction over the matter for 60 days and Plaintiff is ORDERED to, within 60 days from the date of this Order, file the anticipated Request for Dismissal or a Status Report if such Request for Dismissal is not filed by that time. The Court will dismiss the action and administratively close the case without further notice if no such document is filed within 60 days.

Dkt. 12 ("Order"). No Request for Dismissal or Status Report was filed within 60 days of July 22, 2026.

Per the Order, the action is dismissed and the case is administratively closed (JS-6).

IT IS SO ORDERED.

Initials of Courtroom Deputy: ARO